# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

UNITED STATES OF AMERICA

v.                                 CRIMINAL ACTION NO. 5:23-cr-000146

RICHARD SHAWN OWENS

## ORDER

On September 19, 2024, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Indictment charges the Defendant with the possession of firearms after conviction for a misdemeanor crime of domestic violence, in violation of 18 U.S.C. § 922(g)(9). [Doc. 19]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on September 19, 2024. [Doc. 86]. Objections in this case were due on October 7, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 86]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

                                                  ENTER:      November 4, 2024



Frank W. Volk
Chief United States District Judge